JAMES A. McDEVITT
United States Attorney
GREGORY M. SHOGREN
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA  98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 7 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  SALVADOR GARFIAS-LOPEZ,  Defendant. | NO: CR-05-2043-WFN  ORDER DISMISSING INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Indictment as to Defendant Salvador Garfias-Lopez is hereby dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 27 day of July, 2005.

WN. FREMMING NIELSEN
Senior United States District Judge